BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0081 LKK |
| Plaintiff, | ORDER RE: SCHEDULING TRIAL DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | DATE: April 15, 2014 |
| DONCESIYA MARIA MORGAN, | TIME: 9:15 a.m. |
| Defendants. | COURT: Hon. Lawrence K. Karlton |

On April 15, 2014, the Court held a status conference in this case. Assistant United States Attorney Sherry D. Hartel Haus appeared on behalf of plaintiff, the United States of America. Douglas Beevers appeared on behalf of Doncesiya Maria Morgan, who was present and in custody.

This Court set a further status date for May 28, 2014 at 9:15 a.m.

The Court also granted the defendants' request for an exclusion of time pursuant to Local Code T4 in order for further defense preparation. The government did not object to this request. Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, the Court therefore excluded time from and including April 15, 2014, to, and including, May 28, 2014, from

//

//

[PROPOSED] ORDER RE: SETTING TRIAL DATE AND EXCLUDING TIME

1

computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated: May 28, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE: SETTING TRIAL DATE AND EXCLUDING TIME

2