# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Doncesiya Maria Morgan          **Docket Number:**   2:14CR00081-001

**Name of Judicial Officer**:    Kimberly  J. Mueller, United States District Judge

**Date of Original Sentence:**   9/24/2014

**Original Offense:** 18 USC § 1708 - Possession of Stolen U.S. Mail (Class D Felony); 18 USC § 1014 – False Statement on a Credit Application (2 counts) (Class B Felonies)

**Original Sentence:** 18 months custody Bureau of Prisons; 60 months Supervised Release; $300 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1) Warrantless Search
2) Financial Disclosure
3) Financial Restrictions
4) Apply All Monies or Unexpected Financial Gains to Unpaid Restitution
5) Drug/Alcohol Treatment
6) Drug/Alcohol Testing
7) Aftercare Co-Payment
8) Outpatient Mental Health Treatment

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    11/19/2014

**Other Court Actions:**

11/19/2014:       Amended Judgment for Modification of Restitution Order.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9) The defendant shall reside and participate in a residential community corrections center, Geo Services, San Francisco, for a period of up to 120 days; said placement shall commence on July 15, 2015, pursuant to 18 USC 3563 (b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The defendant is scheduled to be released from the Bureau of Prisons on July 15, 2015, but has not been able to secure a residence; therefore, the probation officer is requesting she be allowed to reside at the Residential Reentry Center (RRC), Geo Services, San Francisco. It is recommended the defendant's conditions of supervision be modified to include placement at the RRC for up to 120 days. The defendant has agreed to this modification and has signed the waiver, which is attached.

Respectfully submitted,

*Brenda Barron-Harrell*

**Brenda Barron-Harrell**
**United States Probation Officer**
Telephone: (916) 930- 4397

**DATED:**  6/24/2015

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time. Probation Officer to contact Court.

☐  Other

**Dated:** June 29, 2015.

UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Sherry D. Haus

Defense Counsel: Douglas J. Beevers