1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    DOUGLAS J. BEEVERS, #288639
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorneys for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   No. 14-CR-00081-KJM
                                        )
11                      Plaintiff,      )   STIPULATION AND ORDER
                                        )   FOR TEMPORARY RELEASE
12   v.                                 )
                                        )   JUDGE: Hon. Kimberly J. Mueller
13   DONCESIYA MORGAN,                  )
                                        )
14                      Defendant.      )
                                        )
15   _____)

16        The parties hereby stipulate and request that the Court issue an order granting Ms.

17   Morgan's temporary release on Thursday, August 4, 2016, from 9:30 a.m. to 4:00 p.m. to allow

18   her to attend her father's funeral.

19        This Court previously detained Ms. Morgan after arraignment on a petition to revoke

20   supervised release.  Ms. Morgan has a dispositional hearing on that matter on August 17, 2016,

21   before the Honorable Kimberly J. Mueller.  The parties anticipate the district court will impose a

22   term of imprisonment.

23        The parties stipulate and agree: that Ms. Morgan be transported to the United States

24   Marshal's Office on the 5th Floor of the United States Courthouse the morning of August 4,

25   2016; that Ms. Morgan be temporarily released from the Marshal's Office to the custody of

26   Investigator Linda Humble and Attorney Douglas  Beevers  from the Office of the Federal

27   Defender on August 4, 2016, from 9:30 a.m. to 4:00 p.m.; and, that the investigators limit Ms.

28

1 Morgan's activity solely to traveling to the funeral and then returning to the Marshal's Office by

2 4:00 p.m.

3 The funeral will occur at Wiggins-Knipp Funeral Home, 524 Capitol Street, Vallejo, CA

4 94590 on August 4, 2016, from 1:00 p.m. to 2:00 p.m.  Investigator Humble and Attorney

5 Beevers will escort Ms. Morgan to that facility and return her to the Marshal's Office.  Ms.

6 Morgan will remain in the custody of the Federal Defender staff during the entire time of her

7 temporary release.

8 Counsel for Ms. Morgan has conferred with the United States Marshal's Office, and has

9 confirmed the Marshals will accommodate this plan so long as the Court approves of it. The U.S.

10 Marshals Service advised that direct release from Sacramento County Jail is also possible.

11 Defense is concerned that unforeseen security conditions could delay release.

12 DATED: August 2, 2016                         Respectfully submitted,

13                                               HEATHER E. WILLIAMS
                                                 Federal Defender
14

15                                               */s/Douglas J. Beevers*
                                                 DOUGLAS J. BEEVERS
16                                               Assistant Federal Defender
                                                 Attorney for Doncesiya Morgan
17

18
   DATED: August 2, 2016                         PHILLIP A. TALBERT
19                                               Acting United States Attorney

20                                               */s/Douglas J. Beevers* for
                                                 Jeremy James Kelley
21                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received, read, and considered the stipulation of the parties, and good

3   cause appearing, adopts the stipulation of the parties in its entirety as its order.

4        The Court hereby orders Ms. Morgan's temporary release from the United States Marshal

5   to the custody of Investigator Linda Humble and Attorney Douglas Beevers from the Office of

6   the Federal Defender on August 4, 2016, from 9:30 a.m. to 4:00 p.m.

7        Ms. Morgan's activity will be limited to traveling to the funeral services described above,

8   attending the services, and then returning to the Marshal's Office by 4:00 p.m.  Ms. Morgan will

9   remain in the custody of the Federal Defender staff during the entire time of her temporary

10  release. All conditions of Supervised Release remain in effect.

11  DATED:  August 3, 2016

12

13                                                   _____

14                                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28